# Reighard *v.* Bedford County, Appellant.

*Road law—State roads—Statutes—Repeal—Acts of May* 1, 1905, *sec.* 16, *P. L.* 318 *and June* 8, 1907, *P. L.* 505.

The State Road Act of June 8, 1907, P. L. 505, amending sec. 16 of the Act of May 1, 1905, P. L. 318, repealed the earlier act in so far as it related to the appointment of viewers by the quarter sessions to assess damages for a physical change of grade not made prior to the passage of the act of 1907.

Argued Oct. 28, 1909.  Appeal, No. 236, Oct. T., 1908, by defendant, from order of Q. S. Bedford Co., overruling exceptions to report of viewers in case of F. O. Reighard v. Bedford County.  Before Rice, P. J., Henderson, Morrison, Orlady, Head, Beaver and Porter, JJ.  Reversed.

Exceptions to report of viewers.  Before Woods, P. J.
The opinion of the Superior Court states the case.

*Error assigned* was the order of the court overruling exceptions to report of viewers.

*John N. Minnich,* with him *E. M. Pennell,* for appellant.

No printed brief for appellee.

Per Curiam, April 18, 1910:
The question involved in this appeal is precisely the same as that raised and decided in Jamison v. Cumberland County, 39 Pa. Superior Ct. 335.  It is due to the learned judge of the quarter sessions to say that his decision in the present case was made before the decision in the case cited.  The point there decided was that the State Road Act of June 8, 1907, P. L. 505, amending sec. 16 of the Act of May 1, 1905, P. L. 318, repealed the earlier act in so far as it related to the appointment of viewers by the quarter sessions to assess damages for a physical change of grade, not made prior to the passage of the act of

1907. As pointed out in the opinion, the decision related only to the question of remedy. After careful reconsideration of the question we see no reason to change the conclusion there reached.

The order is reversed and all the proceedings are set aside at the costs of the appellee.